# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YVETTE RANEA BAILEY,

    Defendant.

CASE NO. CR05-182MJP-03

**AMENDED** INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Barb Sievers.

The defendant appears personally and represented by counsel, Peter Camiel.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge Marsha J. Pechman:

*Date of hearing: October 25, 2012*

*Time of hearing: 9:00am*

AMENDED INITIAL ORDER RE: ALLEGATIONS
OF VIOLATION OF CONDITIONS OF
SUPERVISION - 1

1    IT IS ORDERED that the defendant

2    __X__  BE RELEASED TO HALFWAY HOUSE PLACEMENT WITH RELEASE PRIVILEGES AS DETERMINED BY PROBATION. DEFENDANT MUST COMPLY WITH FACILITY RULES, AND IS REQUIRED TO MAKE PAYMENTS TOWARDS HER SUBSISTENCE AT THE HALFWAY HOUSE IN AN AMOUNT DETERMINED BY THE HALFWAY HOUSE, BUT NOT TO EXCEED 25% OF HER INCOME AND/OR THE CURRENT DAILY RATE. HER CURRENT SUPERVISED RELEASE CONDITIONS APPLY UNLESS AND UNTIL CHANGED BY JUDGE PECHMAN.

___ Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 4 day of October, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

AMENDED INITIAL ORDER RE: ALLEGATIONS
OF VIOLATION OF CONDITIONS OF
SUPERVISION - 2